435 A.2d 662

Philadelphia Electric Co. v. Lisbon Contractors, Inc., Appellant.

Argued April 22, 1981. George E. Rahn, Jr., for appellant; John J. Tinaglia, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

The order of the court below is affirmed on the very able opinion of the Honorable Isaac S. Garb of the Court of Common Pleas of Bucks County.